UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Immaculee Muhizi,

    Plaintiff

v.                                                       Civil Case No. 1:21-CV-_____

B-X Concord, LLC
d/b/a
The Birches at Concord,

    Defendant.

## NOTICE OF FILING OF NOTICE OF REMOVAL TO *PRO SE* PLAINTIFF

TO:    Immaculee Muhizi
          15 Hillcrest Rd.
          Goffstown, NH 03045

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§1441 and 1446, Defendant, B-X CONCORD, LLC d/b/a THE BIRCHES AT CONCORD, by and through its attorneys, JACKSON LEWIS P.C., have this day filed in the Clerk's Office of the United States District Court for the District of New Hampshire, Concord, New Hampshire, a Notice of Removal of this case, as shown by copy attached, and in accordance with the above statute, the State Court proceedings should proceed no further herein, unless and until the case is remanded.

                                                Respectfully Submitted,
                                                B-X CONCORD, LLC d/b/a
                                                THE BIRCHES AT CONCORD,
                                                By its attorneys,
                                                JACKSON LEWIS P.C.,

Date:  November 15, 2021            By:    /s/ Martha Van Oot
                                                      Martha Van Oot, NHBA #963
                                                      100 International Drive, Suite 363
                                                      Portsmouth, NH 03801
                                                      603.559.2700
                                                      Martha.vanoot@jacksonlewis.com