THE STATE OF NEW HAMPSHIRE

MERRIMACK, SS.                                                                                       SUPERIOR COURT

Immaculee Muhizi
15 Hillcrest Road
Goffstown, NH 03045

v.

B-X Concord, LLC d/b/a The Birches at Concord
300 Pleasant Street
Concord, NH 03301

## NOTICE OF FILING OF NOTICE OF REMOVAL

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§1441 and 1446, Defendant, B-X CONCORD, LLC d/b/a THE BIRCHES AT CONCORD, by and through its attorneys, JACKSON LEWIS P.C., have this day filed in the Clerk's office of the United States District Court for the District of New Hampshire, Concord, New Hampshire, a Notice of Removal of this case, as shown by copy attached, and in accordance with the above statute, the State Court proceedings should proceed no further herein, unless and until the case is remanded.

|  |  |
|---|---|
|  | Respectfully Submitted,<br>B-X CONCORD, LLC d/b/a<br>THE BIRCHES AT CONCORD,<br>By its attorneys,<br>JACKSON LEWIS P.C., |
| Date:  November 15, 2021 | By:   /s/ Martha Van Oot<br>Martha Van Oot, NHBA #963<br>100 International Drive, Suite 363<br>Portsmouth, NH 03801<br>603.559.2700<br>Martha.vanoot@jacksonlewis.com |

<u>Certificate of Service</u>

      I hereby certify that copies of the foregoing were this day served, via email and the court's electronic filing system, on *pro se* Plaintiff, Immaculee Muhizi, immaculeemu2004@yahoo.com.

Date:   November 15, 2021                                /s/ Martha Van Oot
                                                                        Martha Van Oot